# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                                **CRIMINAL ACTION NUMBER: 3:25-MJ-663**

**ROBERT STROUD**                                                                    **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 23, 2025 to conduct an initial appearance on an Indictment filed in the Eastern District of New York.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Mac Shannon, Assistant United States Attorney |
| For the defendant: | Defendant Robert Stroud - Present and in custody |
| | Patrick J. Bouldin, Assistant Federal Defender[1] - Present |
| Court Reporter: | Digitally Recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the charges contained therein, and was advised of his rights. The defendant advised the Court that he will retain counsel for future proceedings.

The United States moved for the detention of the defendant. At the defendant's request to have a detention hearing in the Western District of Kentucky,

**IT IS HEREBY ORDERED** that a detention hearing is scheduled for **October 27, 2025 at 2:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshal pending further order of the Court.

October 23, 2025                        **ENTERED BY ORDER OF THE COURT:**
                                               **REGINA S. EDWARDS**
                                               **UNITED STATES MAGISTRATE JUDGE**
                                               **JAMES J. VILT, JR., CLERK**
                                               **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       U.S. Marshal
       Counsel for Defendant

0|15

---

[1] Patrick J. Bouldin, Assistant Federal Defender, participated in the hearing for the limited purpose of the initial appearance.